1 | ALEXANDER G. CALFO (State Bar No. 152891)
aclafo@kslaw.com
2 | PAUL R. JOHNSON (State Bar No. 115817)
pjohnson@kslaw.com
3 | KING & SPALDING LLP
4 | 633 West 5th St., Suite 1700
Los Angeles, CA 90071
5 | (t) 213-443-4355
(f) 213-443-4310
6 |
7 | MATTHEW H. DAWSON (State Bar No. 307350)
mdawson@kslaw.com
8 | KING & SPALDING LLP
601 South California Avenue, Suite 100
9 | Palo Alto, CA 94304
(t) 650-422-6700
10 | (f) 650-422-6800

Attorneys for Defendant
FORD MOTOR COMPANY

(See signature blocks for complete listing of represented parties and counsel)

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACOB BERNARD RUSSELL SORENSON and BERNARD SORENSON,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY et al.,<br><br>Defendants. | Case No. 2:17-cv-01987-JAM-AC<br><br>**STIPULATION AND [PROPOSED] ORDER INSTITUTING 60-DAY STAY** |

| | |
|---|---|
| 1 | Plaintiffs Jacob Bernard Russell Sorenson and Bernard Sorenson ("Plaintiffs") and |
| 2 | Defendant Ford Motor Company ("Ford"), through their undersigned counsel, represent to the |
| 3 | Court: |
| 4 | WHEREAS, Ford removed this matter to federal court on September 25, 2017; |
| 5 | WHEREAS, the parties recently attended mediation that resulted in a provisional |
| 6 | settlement, pending final acceptance by Plaintiffs; |
| 7 | WHEREAS, there are numerous impending deadlines in this matter, including the |
| 8 | submission of a joint status report and Rule 26(f) discovery plan by November 27, 2017, the |
| 9 | exchange of initial disclosures by the same date, and the filing of opposition and reply briefs in |
| 10 | connection with motions set for hearing on December 5, 2017; |
| 11 | WHEREAS, given the provisional settlement, it would be inefficient for the parties to |
| 12 | submit and for the Court to consider scheduling issues and any pending motions; |
| 13 | Plaintiffs and Ford hereby stipulate, subject to the approval of the Court, that this matter |
| 14 | shall be stayed in its entirety for sixty (60) days and that the parties shall submit a joint status |
| 15 | report to the Court on January 15, 2018 concerning the status of the settlement. |

Dated: November 17, 2017   /s/ *Rowena Santos (as authorized on Nov. 17, 2017)*
ROWENA SANTOS (State Bar No. 210185)
rsantos@slpattorney.com
Strategic Legal Practices, APC
1840 Century Park East, Suite 430
Los Angeles, CA 90067
(t) 310-929-4900
(f) 310-943-3838

Attorney for Plaintiffs
JACOB BERNARD RUSSELL SORENSON and
BERNARD SORENSON

Dated: November 17, 2017   /s/ *Matthew H. Dawson*
ALEXANDER G. CALFO (State Bar No. 152891)
aclafo@kslaw.com
PAUL R. JOHNSON (State Bar No. 115817)
pjohnson@kslaw.com
King & Spalding LLP

633 West 5th St., Suite 1700
Los Angeles, CA 90071
(t) 213-443-4355
(f) 213-443-4310

MATTHEW H. DAWSON (State Bar No. 307350)
mdawson@kslaw.com
King & Spalding LLP
601 South California Avenue, Suite 100
Palo Alto, CA 94304
(t) 650-422-6700
(f) 650-422-6800

Attorneys for Defendant
FORD MOTOR COMPANY

**IT IS SO ORDERED.**

DATED: November 17, 2017         **/s/ JOHN A. MENDEZ**
                                 The Honorable John A. Mendez
                                 United States District Judge